### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**REBECCA E. SCHROEDER**                                                    **PLAINTIFF**

**v.**                                                    **CAUSE NO. 1:25cv93-LG-RPM**

**MISSISSIPPI DEPARTMENT**
**OF HUMAN SERVICES**                                                    **DEFENDANT**

### FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered herewith, this Court finds that Defendant Mississippi Department of Human Services is entitled to summary judgment.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this lawsuit filed by Rebecca E. Schroeder is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 20th day of May, 2026.

s/ *Louis Guirola, Jr.*

Louis Guirola, Jr.
United States District Judge